[No. 10328–5–III. Division Three. April 23, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JESUS
SANCHEZ MENDOZA, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 89–1–50116–2, Carolyn A. Brown, J.,
entered October 3, 1989. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Green, C.J., and Thomp-
son, J.

[No. 10546–6–III. Division Three. April 23, 1991.]

SUPERIOR REFUSE REMOVAL CORPORATION, *Appellant,* v.
THE UTILITIES AND TRANSPORTATION
COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 88–2–01804–8, Stephen M. Brown, J.,
entered December 21, 1989. *Reversed* by unpublished opin-
ion per Munson, J., concurred in by Green, C.J., and
Thompson, J.

[No. 11153–9–III. Division Three. April 23, 1991.]

*In the Matter of the Personal Restraint of*
RONALD J. MAX KLUMP, *Petitioner.*

Petition for relief from personal restraint. *Granted* by
unpublished opinion per Green, C.J., concurred in by
Thompson and Shields, JJ.